**David J. GANFIELD, Relator,**

v.

**CITY OF RICHFIELD, Self-Insured, Administered by Berkley Risk Administrators Company, and City of Apple Valley, Self-Insured, Administered by the League of Minnesota Cities Insurance Trust Workers' Compensation Plan, Respondents.**

No. A04–1162.

Supreme Court of Minnesota.

Sept. 29, 2004.

James E. Lindell, Lindell & Lavoie, L.L.P., Minneapolis, for relator.

Leslie M. Altman, David M. Bateson, Rider Bennett, L.L.P., Minneapolis, for respondent City of Richfield.

Thomas M. Peterson, St. Paul, for respondent City of Apple Valley.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 24, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT

/s/ Alan C. Page
Associate Justice

**In re Petition for REINSTATEMENT to the Practice of Law of Brian Andrew LETT, a Minnesota Attorney, Registration No. 286849.**

No. C1–02–78.

Supreme Court of Minnesota.

Sept. 30, 2004.

ORDER

On February 12, 2002, this court indefinitely suspended petitioner Brian Andrew Lett from the practice of law for a minimum of six months.

Petitioner filed a petition for reinstatement on September 13, 2003. A hearing on that petition was held on May 4, 2004, before a Panel of the Lawyers Professional Responsibility Board. The Panel recommended that petitioner's petition for reinstatement be denied.

Petitioner has neither ordered a transcript of the Panel hearing nor indicated any intention to seek review of the Panel's recommendation by this court.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Brian Andrew Lett for reinstatement to the practice of law in the State of Minnesota be, and the same is, denied.

BY THE COURT:

/s/ Paul H. Anderson
Associate Justice